**United States Bankruptcy Court**
**Northern District of Illinois**

In Re:
                                                   )
                                                   )      Bankruptcy Case No.
                                                 )
Debtor(s)                                    )

**Motion to Withdraw Money**
**Under 28U.S.C. § 2042**

_____, claimant, moves this Court to order the withdrawal of moneys on deposit for this estate in the name of _____, and the payment of these moneys to claimant and in support of this motion states:

    1. On _____, the trustee of this estate deposited the sum of $_____ belonging to the creditor with the Clerk of Court.

    2. *(Please cross out the subparagraph that does not apply)*certify that the
        A. ~~The claimant is the creditor in whose behalf these moneys were deposited and is entitled to the money deposited~~.
        B. The claimant is not the creditor but is entitled to payment of these moneys because
           *(please state the basis for your claim to the moneys)* _____
_____
_____
*(Please attach a copy of any supporting document).*
        C. ~~Claimant is Debtor and is entitled to this money.~~

                                            _____
                                            Signature of Claimant/Attorney/Movant
                                            _____
                                            Printed Name

                                            _____
                                            Mailing Address

                                            _____
                                            Phone Number

**<u>Certification</u>**

I, _____, claimant, certify that the statements in the foregoing motion are true and correct.

                                            _____
                                            Signature of Claimant and Last Four Digits of
                                            Claimant's Social Security Number or EIN

_____
(i)      If claimant is heir of decreased creditor, attach copies of death certificate and heirship order of court.
(ii)     If claimant is assignee of creditor, attach copy of assignment.
(iii)    If claimant is corporate successor of creditor, attach copies of all documents demonstrating such status.
(iv)    If claimant is an agent of creditor for purposes of filing this application, attach a copy of the agency agreement.
(v)     Attach other documents showing entitlement should none of the foregoing apply.

Rev. 10/2011 lh