United States Bankruptcy Court
Northern District of Illinois
Eastern     Division

In Re:
Prakash Abraham                          )
                                         )     Bankruptcy Case No.
                                         )
                                         )        08-29220
                                         )
Debtor Prakash Abraham                   )


## Statement of Social Security or Employee Identification Number

Name of claimant:                 Aurora Commercial Corp.

Claimant's Social Security or EI Number:      51-0073416


I declare under penalty of perjury that the foregoing is true and correct.

                                                              8/19/14
                                    Signature of Claimant      Date

---

*Penalty for making a false statement:* Fine of up to $250,000 or up to 5 years imprisonment or both. 18 U.S.C. §§ 152 and 3571.

11-19-03